# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2013

146999

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

CHARTER TOWNSHIP OF SHELBY,
      Plaintiff/Defendant-Appellant,

v

TECHNOLOGY INTEGRATION GROUP
SERVICES, INC.,
      Defendant/Plaintiff-Appellee.

SC: 146999
COA: 297190
Macomb CC: 2007-003964-CK
               2007-004647-CK

_____/

On order of the Court, the application for leave to appeal the March 5, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

VIVIANO, J., did not participate because he presided over this case in the circuit court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2013



Clerk

t0923